**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiff(s)*
By: Mark E. Belland, Esquire
Mark E. Poist, Esquire

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS HEALTH AND WELFARE FUND; et al, <br><br> *Plaintiffs,* <br><br> vs. <br><br> JORAJA, INC.; t/a CRYSTAL LAKE THRIFTWAY; HOPE PLAZA THRIFTWAY; and RAYMOND E. MCFALL, JR., Individually, jointly, severally and in the alternative, <br><br> *Defendant(s).* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No.: 16-2473(RMB-AMD) <br><br><br> **ORDER** |

This matter having come before the Court on plaintiffs' request for default judgment,

IT IS on this  1st  day of  September, 2016;

**ORDERED and ADJUDGED** that Plaintiff, United Food and Commercial Workers and Participating Food Industry Employers Health & Welfare Fund, recover of Defendants JORAJA Inc., t/a Thriftway Crystal Lake, Hope Plaza Thriftway t/a HPT Foods Inc., and Raymond McFall individually, the sum of **$247,745.33** which is inclusive of interest, liquidated damages, attorney's fees, and case costs as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
RENEE MARIE BUMB, U. S. D. J.